

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00181-CR

Genevieve Marie **PANTOJA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4434
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 12, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court